Brian L. Brown  05937-010
Name and Prisoner/Booking Number

USP Allenwood
Place of Confinement

P.O. Box 3000
Mailing Address

White Deer, PA 17887
City, State, Sip Code

**RECEIVED**

APR 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Columbia

Brian L. Brown                     )
Plaintiff/                         )
                                   )  No.: CIV-08-0501 RJL
        v.                         )
                                   )  NOTICE OF CHANGE
Federal Bureau of Prisons et,al    )  OF ADDRESS
Defendant(s)/                      )
                                   )

Please be advised of my new address:

Name: Brian L. Brown , No. 05937-010

Address: P.O. Box 879

Fmc Devens

Federal Medical Facility

Ayer, MA 01432-0879

SUBMITTED this 1st day of April , 2008.

(Signature)

COPY of the foregoing mailed
this 1st day of April ,
2008, to:

Name: U.S. Attorney, For D.C.
Address: 555 Forth Street, NW
         Washington DC 20001

Attorney for Defendant(s)/Respondent(s)

1