UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN L. BROWN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-501 (RJL) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PRO SE PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND MOTION TO AMEND COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of 30 days, up to and including July 18, 2008, in which to respond to the *pro se* Plaintiff's Motion for a Temporary Restraining Order and Motion to Amended Complaint.  Defendants' responses would otherwise be due on June 18, 2008.

In Plaintiff's Motion for a Temporary Restraining Order, he claims that he has been denied sufficient legal postage.  See Docket Entry No. 10.  However, Plaintiff does not state when he allegedly was denied sufficient postage.  See id.  Plaintiff filed a similar claim on July 12, 2007, in the United States District Court for the District of Kansas, in Civil Action No. 06-3003.  Plaintiff's motion was denied.  Plaintiff filed another such claim on July 2, 2007, in the United States District Court for the District of Colorado, in Civil Action No. 07-0717.  Plaintiff's motion was denied.  In order to respond to Plaintiff's instant motion, additional research must be undertaken to determine whether Plaintiff's motion is merely a duplication of previous

motion(s).  This will require, <u>inter alia,</u> retrieving and comparing Plaintiff's administrative remedy requests on this issue.  Unfortunately, the necessary parties will be unable to retrieve these documents prior to June 18, 2008.

In Plaintiff's Motion for Leave to Correct/Amend Defendants in Complaint, Plaintiff appears to be amending his complaint to include additional departments within the Bureau of Prisons as well as additional individuals.  <u>See</u> Docket Entry No. 11.  The necessary parties will be unable to prepare necessary documentation, e.g., declarations, responsive to Plaintiff's amended complaint prior to June 18, 2008.

This is Defendants' first request for an enlargement of time in this matter.  This motion is being sought for good cause and not for purposes of delay.  Defendants have not conferred with plaintiff *pro se* regarding this matter because Plaintiff *pro se* is incarcerated.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to prepare an appropriate response, Defendants respectfully request that the enlargement of time to respond to Plaintiff's motion be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of June, 2008, I caused the foregoing to be served by first class mail, postage prepaid, to Plaintiff *pro se* as follows:

Brian L. Brown
No. 05937
P.O. Box 879
FMC Devens
Federal Medical Facility
Ayer, MA 01432-0879

                    /s/
                    MARIAN L. BORUM
                    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN L. BROWN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-501 (RJL) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Defendants shall have up to an including July 18, 2008 in which to respond to Plaintiff's motion.

Date _____        _____

UNITED STATES DISTRICT JUDGE