UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN L. BROWN,           )<br>                                              )<br>    Plaintiff,                         )<br>                                              )<br>    v.                                    )<br>                                              )<br>FEDERAL BUREAU OF PRISONS *et al.*,)<br>                                              )<br>    Defendants.                     ) | Civil Action No. 08-0501 (RJL) |

### MEMORANDUM OPINION AND ORDER

Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* ("IFP"). Defendants have filed a motion requesting this Court to revoke the plaintiff's IFP status, asserting that he has at least three "strikes" against him as that term is used in connection with the provisions of 28 U.S.C. § 1915(g). Plaintiff has filed a response, countering that the defendants have not shown three strikes under the counting rules established in this circuit. Defendants have not replied in the time allowed, or sought an extension of time. Defendants' motion will be denied without prejudice.

In *Thompson v. DEA*, 492 F.3d 428 (D.C. Cir. 2007), the court expressly held that a defendant challenging a grant of IFP status to a prisoner bears the initial burden of production and proof, *id.* at 433-436, and that a pending appeal of a dismissal disqualifies that dismissal for purposes of 28 U.S.C. § 1915(g), *id.* at 432. Despite the fact that the defendants cited *Thompson v. DEA* repeatedly, they did not follow the express counting rules that case established. Of the three cases defendants cite as strikes, there are pending appeals of the dismissals in two of them. Accordingly, they cannot be counted as strikes under 28 U.S.C. § 1915(g), and defendants have

established only one strike.[1]  Accordingly, it is hereby

ORDERED that defendants' motion [Dkt. 9] is DENIED without prejudice to renew based on new or additional facts.  It is further

ORDERED that defendants shall file an answer or other response to the complaint within five days of the date of this Order.

RICHARD J. LEON
United States District Judge

Date: 7/14/08

---

[1] One of the dismissals pending on appeal was deemed a strike by judicial discretion, not by application of the governing statute.  In any future motion, defendants should explain and justify their reliance on the discretionary strike as one that qualifies as a strike under the express terms of 28 U.S.C. § 1915(g).

-2-