CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

BRIAN L. BROWN, SR
R05937-010
DEVENS
FEDERAL MEDICAL CENTER

Inmate Mail/Parcels
P.O. BOX 879
AYER, MA 01

NIXIE        015    5E   1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001289999    *0131-07614-18-42

Nancy Mayer Whittington, Clerk
US District Court, District of C...