In The United States District Court
For The District Of Columbia

**RECEIVED**

AUG 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Brian L. Brown          ,
          Plaintiff  ,

          VS.                          Case No. 08 CU 501   RJL

Federal Bureau of Prisons      ,
          Defendant      ,

Notice Of Address Change
And
Motion To Take Leave For Extension Of Time
Pursuant To Local Rules Of Court

_____

Comes Now Brian L. Brown , in above Captioned matter

give Notice to this Court of Address Change (while in Transfer),

and move this Court , to Stay any Current proceeding pending

the Current transfer , and allow a 30 day extension of time

to reply , and re Submit , papers to this Court as follows,

2.

1. Brian L. Brown is a prisoner of the United States of America, pursuant to the above and foregoing action.

2. On July 11, 2008 Brown began his transfer, to United States Penitentiary, Tuscon Arizona.

3. On July 11, 2008, Brown had his property, including Legal Documents, taken from him, and mailed to his designated facility.

4. A step to this transfer, is a stop at the Federal Metropolitain Detention Center, Brooklyn New York.

5. Brown has been here approximately 1 month and is being told, the Oklahoma Transfer Center, is refusing to accept my transfer, thru there facility, unless my cases are withdrawn.

<u>3</u>

6. I will not Withdraw my cases.

7. Since 30 days have approached, my new address although, Holdover, and in-transit, is as follows.

> P.O. Box 329002
> MDC Brooklyn
> Metropolitan Detotion Center
> Brooklyn, NY 11232-9002

8. Since Brown Dose not have any legal work while in transfer, legal work that contains legal documents intended for this Court, Brown moves this Court to Stay Proceedings Until Completion of his transfer.

9. Brown further requests 30 days to Extend any time to respond to any requirements including replys to this Court.

4. :

Wherefore the above and foregoing reasons, move this Court Notice Address Change, and allow Extension of Time up to and including 30 days, to reply to the Courts requests and any other relief the Court deems just.

Respectfully Submitted
/s/ Brian L Brown
Brian L. Brown
Fed No. 05937-010
P.O. Box 329002
MDC Brooklyn
Brooklyn, NY 11232

Date July 15, 2008

to :

Certificate of Service

The following was placed in the hands of Counselors, at the Federal Holding Center for Copies on the __18__ date of __July__ 200 8 and was not returned until the __19__ date of July 200 8, then indigent postage was [not] placed on mail until the __19th__ date of July 200 8, pursuant to Houston v. Luck 486 US 266 (1986), by placing in hands to the Counselor as follows.

Respectfully Submitted

_____

Brian L. Brown
Fed No. 05937-060
P.O. Box 329002
Metro Detent Ctr.
Brooklyn, NY 11232-9002

Address:
United States Attorney
District of Columbia
555 Forth Street, NW
Washington DC 20001

5